UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DAVID SEKELSKY

     Vs.                            CASE NO. 3:01CV01701(AVC)

RICHARD CHAFFEE, JOHN
MILLO, GREGORY BOMBA,
TODD MILLS, and
THOMAS A. DEMARCO

FINAL JUDGMENT

     This action having been commenced by a complaint and having been assigned to the

Honorable Alfred V. Covello, United States District Judge; and

     The defendants, Richard Chaffee, John Millo, Gregory Bomba, Todd Mills and Thomas A.

DeMarco having filed their motion for summary judgment on December 17, 2002, and the Court

having considered the full record of the case, including applicable principles of law, on November

5, 2003, filed its endorsement granting the motion; it is hereby

     ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor

of the defendants, Richard Chaffee, John Millo, Gregory Bomba, Todd Mills and Thomas A.

DeMarco.

     Dated at Hartford, Connecticut, this 6th day of November, 2003.

                          KEVIN F. ROWE, Clerk


                          By_____/s/ JW_____
_____   Jo-Ann Walker
EOD: _____             Deputy Clerk