FILED

2003 DEC -3 P 3: 22

UNITED STATES DISTRICT COURTS DISTRICT COURT
HARTFORD CT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID SEKELSKY | : |
| VS. | : NO. 3:01CV01701 (AVC) |
| RICHARD CHAFFEE, ET AL. | : DECEMBER 3, 2003 |

## PLAINTIFF'S NOTICE OF APPEAL

The plaintiff herewith files his notice of intent to appeal the trial court's decision granting the defendants' motion for summary judgment. Final judgment entered in this case on November 6, 2003.

The Plaintiff
By: _____
Norman A. Pattis
Federal Bar Number 13120
51 Elm Street
New Haven, CT 06510
203 563-9931 Phone
203 776-9494 Fax

## CERTIFICATION

On the above date, a copy hereof was mailed, postage prepaid, to:

Attorney Patty G. Swan
Hartford Square North
Ten Columbus Blvd.
Hartford, CT 06106-5123

NORMAN A. PATTIS