# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

Sekelsky v. Chaffee
04-0735-cv

**CIVIL APPEAL SCHEDULING ORDER # 1**

Address inquiries to:
(212) 857-8760

A pre-argument conference has been scheduled for __May 4, 2004__ at __3:45 p.m.__ . Accordingly, the following scheduling order is hereby entered.

IT IS HEREBY ORDERED that the index to the record on appeal, a certified copy of the docket entries, and the clerk's certificate shall be filed on or before __May 18, 2004__ . The documents constituting the record on appeal shall not be transmitted until requested by this Court, but will be required within 24 hours of such request.

IT IS FURTHER ORDERED that the appellants' briefs and the joint appendix shall be filed on or before __May 25, 2004__ .

IT IS FURTHER ORDERED that the brief of the appellee shall be filed on or before __June 24, 2004__ .

IT IS FURTHER ORDERED that the ten (10) copies of each brief shall be filed with the Clerk.

IT IS FURTHER ORDERED that the argument of the appeal shall be heard no earlier than the week of __August 9, 2004__ . All counsel should immediately advise the Clerk by letter of the dates thereafter that they are unavailable for oral argument. The time and place of oral argument shall be separately noticed by the Clerk to counsel.

IT IS FURTHER ORDERED that in the event of default by the appellant in filing the record on appeal or the appellant's brief and joint appendix, at the times directed, or upon default of the appellant regarding any other provision of this order, the appeal may be dismissed forthwith without further notice.

IT IS FURTHER ORDERED that if the appellee fails to file a brief within the time directed by this order, such appellee shall be subject to such sanctions as the court may deem appropriate.

**FOR THE COURT,**
Roseann B. MacKechnie, Clerk
by

Date:_____

Frank J. Scardilli
Senior Staff Counsel