# MANDATE

**UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007**

Roseann B. MacKechnie
CLERK

FILED
SEP 27  1 58 PM '04
U.S. DISTRICT COURT
NEW HAVEN CT

01-CV-1701 Ci
Judge: Covello

FILED
SEP 17 2004
UNITED STATES COURT OF APPEALS
SECOND CIRCUIT

Date:              9/17/04
Docket Number:     04-0735-cv
Short Title:       Sekelsky v. Chaffee
DC Docket Number:  01-cv-1701
DC:                DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge:          Honorable Alfred Covello

At a stated term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square in the City of New York, on the 17th day of September two thousand four.

David Sekelsky,

   Plaintiff-Appellant,

        v.

Richard Chaffee, John Millo, Gregory Bomba,
Todd Mills and Thomas DeMarco,

   Defendants-Appellees.

A scheduling order in accordance with the Civil Appeals Management Plan of this court having been entered therein, requiring the record on appeal, the appellant's brief and the joint appendix to be filed on or before the dates stated on the scheduling order, and also providing that in the event of default by the appellant the appeal shall be dismissed forthwith, and it appearing that the appellant has so defaulted,

Upon consideration of the appeal herein it is **ORDERED** that the appeal be, and it hereby is dismissed.

                              Very truly yours,
                              Roseann B. MacKechnie, Clerk

                              By: *[signature]*
                              Dawn Brown
                              Deputy Clerk

A TRUE COPY
Roseann B. MacKechnie, CLERK
by *[signature]*
DEPUTY CLERK

CERTIFIED: 9/17/04